

Mississippi Voter Registration Card  Registration: 03/22/1989
Jones County  Issued: 02/28/2013

| | |
|---|---|
| County | 37-Cooks Ave. Comm. Center |
| Precinct: | COOK'S AVE. COMM. CENTER |
| Address: | COOKS AVENUE |
| | LAUREL, MS 39440 |
| City | L T ELLIS CENTER |
| Precinct: | L T ELLIS CENTER |
| Address: | VICTORIA AVENUE |
| | LAUREL, MS 39440- |

BLAKELY, HAROLD JEROME
259 S 4TH AVE
LAUREL, MS 39440
Voter ID: 6320315

| REP | CA | SUPR | EC | JCJ | CON | WARD | SCHB |
|---|---|---|---|---|---|---|---|
| SH80 | COA4 | SupV-5 | EC-5 | JC-3 | C-3 | L5 | |

Bart Gavin - Circuit Clerk    Delbert Hosemann - Secretary of State

EXHiBiT (A)

SS13-M-03

# QUALIFYING STATEMENT OF INTENT FOR A CANDIDATE FOR PARTY NOMINATION FOR THE OFFICE OF COUNCILMAN



I, __HAROLD JEROME BLAKELY__
(Name, as it will appear on the ballot)

(Mailing Address)
__259 SOUTH 4TH AVENUE__
(Street Address)

__LAUREL__ __MISSISSIPPI__ __39440__
(City) (State) (Zip Code)

__601-342-9979__
(Work telephone) (Home telephone) (E-mail Address)

a qualified elector of the municipality of __LAUREL__, Ward No. __5__,

State of Mississippi, do hereby declare my candidacy for the __DEMOCRATIC__ Party nomination for the office

of Councilman at the Primary Election scheduled to be held __MAY 7__, 20__13__.

I hereby certify that: (mark as applicable)

☐ I have never been convicted of bribery, perjury or any other crime punishable by at least one year confinement in the Mississippi Penitentiary.

☒ I have not been convicted of a felony in federal court after December 8, 1992, nor of a crime in the court of another state which is a felony in this state, after December 8, 1992, as provided in Section 44 of the Mississippi Constitution.

☒ I meet all constitutional, statutory and other legal requirements to hold said office.

__Harold Jerome B.__            __MARCH 8, 2013__
(Signature of candidate)           (Date)

Received by __Terri Smith__, __Deputy Clerk__ __3-7-13__
(Signature) (Title) (Date)

EXHIBIT (A)

Democratic Municipal Executive Committee
Jacqueline "Chip" Evans, Chairman
City of Laurel
P.O. Box 647
Laurel, MS. 39441

March 13, 2013

Mr. Harold J. Blakely
259 South 4th Ave.
Laurel, MS. 39440

Dear Mr. Blakely,

The Democratic Municipal Executive Committee has disqualified you from running for office, based upon the State of Mississippi Felony convictions you still have on your record.

The Democratic Municipal Executive Committee members present that voted Unanimously to disqualify you at the meeting were: Jacqueline "Chip" Evans, Jacqueline Darby, Belinda Lassiter, Barbara Brumfield-Pruitt, and Charlotte Gibbs-Williams. Your personal check #534 in the amount of $10.00 is being returned to you In this certified letter. By signing for this certified letter, you are acknowledging receipt of said check #534 in your possession, and understand your name will not be placed on the Democrat Primary ballot.

Thank you,

*Jacqueline Evans*

Jacqueline "Chip" Evans
Chairman of the Democratic Municipal Executive Committee

EXHIBIT (A)



P.O. Box 647
Laurel, MS 39441

MAR 15 2013
LAUREL MS

The City of Laurel, Mississippi

CERTIFIED MAIL
7012 2210 0001 6284 0035

Mr. Harold Jerome Blakely
259 South 4th Ave.
Laurel, MS. 39440

EXHiBiT

EXHiBiT (A)

```
                                                            534
                                                       85-7698/2653
HAROLD J BLAKELY (          )
259 SOUTH 4TH AVE
LAUREL, MS 39440                   MARCH 8, 2013
                                                 Date

Pay to the    MUNICIPAL EXECUTIVE Committee    $  10.00
Order of
           Ten  00/100                              Dollars

HATTIESBURG-LAUREL
FEDERAL CREDIT UNION
     P.O. Box 373
     Laurel, MS 39440
For  MUNICIPAL CANDIDATE WARD-5      [signature]
```

EXHIBIT (A)

**CITY OF LAUREL**
LAUREL, MISSISSIPPI

$ 10.00

Received of Harold Jerome Blakely the sum
of Ten & 00/100 DOLLARS
on account of Councilman Ward 5 Qualifying fee
Democrat

Given under my hand and seal of said City, this the 8 day of March, 20 13.

Rec'd CR#534
@ 4:18 pm
JMT

M A Hess
By Terri Smith
City Clerk

EXHIBIT (A)

 

Post Office Box 647
Laurel, Mississippi 39441

## RELEASE FORM FOR BACKGROUND SEARCH

I hereby give the City of Laurel permission to conduct an extensive background search on me, including but not limited to a check for any criminal record including traffic citations, misdemeanors, or felonies.

Print Name __HAROLD JEROME BLAKELY__

Date of Birth ████████     Social Security # ████████

Signature _Harold Jerome B_____

Date _MARCH 8, 2013_

Witness _Jerri Smith_

_EXHIBIT (A)_