IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

HAROLD J. BLAKELY                              PLAINTIFF PRO SE

V.                             CIVIL ACTION N0. 213-CV-00072 -KS-MTP

LAUREL MUNICIPAL DEMOCRATIC EXECUTIVE
COMMITTEES CHAIRMAN, JACQUELINE "CHIP" EVANS,
BARBARA PRUIT BRUMFIELD, JACQUELINE DARBY,
BELINDA LASSTER, CHAROTTE GIBB WILLIAMS     DEFENDANTS, ETAL

[FILED STAMP: SOUTHERN DISTRICT OF MISSISSIPPI FILED APR 17 2013 J.T. NOBLIN CLERK BY _____ DEPUTY]

## INJUNCTION

THE PLAINTIFF FILES THIS INJUNCTION TO REQUEST AN COURT ORDER TO PREVENT DEFENDANTS FROM PRINTED BALLOT OR ANY FURTHER PRINTED BALLOT IN THIS MUNICIPAL ELECTION UNTIL THIS COURT PROCEEDING ARE CONCLUDE.

REPECTFULLY, SUBMITTED THIS THE 17TH DAY OF APRIL, 2013.

*[signature]*

HAROLD J. BLAKELY
PLAINTIFF/ PRO SE
259 SOUTH 4TH AVE
LAURE, MS 39440
601-342-9979