IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI HATTIESBURG DIVISION



HAROLD J. BLAKELY                                    PLAINTIFF/PRO SE

V.                                            CIVIL ACTION NO. 2:13-CV-72-KS-MTP

LAUREL DEMOCRATIC EXECUTIVE COMMITTEE
CHAIRMAN, JACQUELINE "CHIP" EVANS,
BARBARA BRUMFIED - PRUITT
JACQUELINE DARBY
BELINDA LASSITER
CHARLOTTE GILLS - WILLIAMS
CITY OF LAUREL CLERKS, MARY A. HESS and TERRI M. SMITH
DEIDRA J. BASSI, City Attorney for (Clients), et al.           DEFENDANTS

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT HAROLD J. BLAKELY, Plaintiff/Pro Se HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT FROM ORDER AND JUDGMENT ENTERED IN THIS CIVIL ACTION ON THE 30TH DAY OF APRIL, 2013.

RESPECTFULLY, SUBMITTED THIS THE 28TH DAY OF MAY, 2013.

HAROLD J. BLAKELY
PLAINTIFF/PRO SE
259 SOUTH 4TH AVE
LAUREL, MS 39440
601-342-9979