IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**HAROLD J. BLAKELY**                                                                                    **PLAINTIFF**

**VS.**                                                                                           **NO. 2:13cv72-KS-MTP**

**JACQUELINE "CHIP EVANS, JACQUELINE**
**DARBY, BELINDA LASSITER, BARBARA**
**BRUMFIELD-PRUITT, and CHARLOTTE**
**GIBBS-WILLIAMS**                                                                             **DEFENDANTS**

## MOTION TO ENFORCE COURT ORDER

**COMES NOW**, Defendants, by and through their attorney of record, and files this their *Motion to Enforce Court Order* in the above styled and numbered cause and would show unto the Court the following to-wit:

(1)     On or about April 8, 2013, Plaintiff filed a *Motion for a Preliminary Injunction* in this matter and a hearing was conducted on April 29, 2013, which resulted in an *Order* and *Judgment* dismissing the case with prejudice and sanctioning Plaintiff to pay $5,000.00 to the Defendants, along with $350.00 for costs to the Court (a copy of this *Order* is attached hereto as Ex. "A").

(2)     The District Court entered its *Order* on April 30, 2013, and thereafter on May 1, 2013, entered its *Judgment* dismissing the matter with prejudice.  Plaintiff filed a motion and supplement to motion for reconsideration, both of which were denied by this Court.

(3)     Plaintiff then appealed the decision of the District Court to the Fifth Circuit Court of Appeals and filed his Brief on or about January 15, 2014.  The Fifth Court of Appeals determined that Plaintiff failed to show that he intends to raise on appeal "legal points [that are] arguable on their merits," and the motion was denied and appeal was dismissed as frivolous.

(4)     The Fifth Circuit Court of Appeals filed their *Judgment* dismissing the appeal on June 30, 2014, and it was issued as a *Mandate* on July 22, 2014 (a copy of *Judgment/Mandate* is attached hereto as Ex. "B").

(5)     The District Court as a result of this *Mandate* now has full jurisdiction of this matter and should require Plaintiff to pay the sanctions previously ordered by this Honorable Court within ten (10) days of this Court's next Order.

**WHEREFORE, PREMISES CONSIDERED**, Defendants pray that this Honorable Court will issue an Order granting their Motion to Enforce the Court's Order and would cause Plaintiff to pay the fines due and owing per the previous District Court Order dated April 30, 2013, to the Defendants.  Defendants further pray for any other relief that may be deemed as reasonable and necessary.

                                              Respectfully submitted,

                                              **JACQUELINE "CHIP EVANS, JACQUELINE DARBY, BELINDA LASSITER, BARBARA BRUMFIELD-PRUITT, and CHARLOTTE GIBBS-WILLIAMS, Defendants**

                                      By:  /s/  Deidra J. Bassi
                                                   **Of Counsel**

**Deidra J. Bassi, Esq., MSB No. 9384**
**HORTMAN HARLOW BASSI ROBINSON**
  **& McDANIEL, PLLC**
Post Office Drawer 1409
Laurel, MS 39441-1409
Tele: (601) 649-8611
Fax: (601) 649-6062
Email: dbassi@hortmanharlow.com

       **[Attorneys for Defendants]**

\* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

  I, Deidra J. Bassi, of counsel for Defendants, do hereby certify that I have this date given notice of the above and foregoing document, via the Court's electronic filing system to all parties of record and via U.S. Mail, first class, postage prepaid, a true and correct copy to:

  Harold J. Blakely, *Pro Se*
  259 South 4th Street
  Laurel, MS 39440

THIS, the 14th day of August, 2014.

              /s/ Deidra J. Bassi
              **Deidra J. Bassi**