SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 29 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

HAROLD J. BLAKELY                                    PLAINTIFF/PRO SE

VS.                                    CIVIL ACTION NO. 2:13cv72-KS-MTP

LAUREL MUNICIPAL DEMOCRATIC EXECUTIVE COMMITTEE
CHAIRMAN JACQUELINE CHIP EVAN, JACQUELINE DARBY,
BELINDA LASSITER, BARBARA BRUMFIELD-PRUITT, AND
CHARLOTTE GIBBS-WILLIAMS
CITY OF LAUREL CLERK OFFICE                          DEFENDANTS

## MOTION TO OBJECTION ENFORCE COURT SANCTION ORDER

COME NOW, Harold J. Blakely, Plaintiff/Pro se files his plea MOTION To OJECTION ENFORCE COURT SANCTION ORDER and would show unto the Court the following to witness:

1. Defendant City of Laurel Clerk Office and their City Attorneys Deidra J. Bassi appointed and operated under the **Mayor and Council form of government pursuant to Mississippi Municipal Code Section 21-8-1, 21-15-25, 21-15-27.** The City of Laurel Municipal Mayor and Councils under sworn oath required by law to hired attorney representation from another county jurisdiction to represent their elected and appointed administration officials (candidate) been challenge has a interest, arise in municipal primary and general election contest dispute claim.

    See Exhibit (A)  Johnny Magee, former city councilman request Mike Moore,
                    Attorney General Official opinion No. 97-0716 Nov 14, 1997
                    Re: Payment for legal services to municipality

2. The City of Laurel Clerk appointed officials operated under the Mayor/Councilman form of government, etc. Therefore, elected officials Johnny Magee, Mayor and the Councils La' Juan Jones, Tony Thaxton/attorney, Tony Wheat, George Carmichael, Manuel Jones, Travares K. Comegy, David Wash. The Mayor and Councilman has the authority to appointed the City Attorney or Law firm Attorneys.

3. Johnny Magee, Mayor and Councilman's confirmed the re-appointment Laurel Law Firm Partner Attorneys **Deidra J. Bassi** William S. Mullin, Norman G. Hortman, Jr. Eugene M. Harlow, Brett W. Robinson & Christopher B. McDaniel PLLC.

### CONFLICT OF INTEREST Law 21-8-1

4. The Laurel Mayor, Councilman, Clerks, Democratic executive committee knowing the appointed City attorney Deidra J. Bassi prohibit represent municipal democratic executive committee or municipal election officials reside in the same **Jurisdiction** Within the City of Laurel and Jones County. See Laurel election contest case style Chris McDaniel vs. Thad Cochran In the Jones County Circuit Court August, 2014 Whereas, Billy J. Landrum election official and Circuit Court Judge of Jones County files his order of recusal presiding over the United States Senator election contest case because of **Jurisdiction**. See Hattiesburg election contest case style Dave Ware vs. Johnny Dupree, In the Forrest County Circuit Court June, 2013. Whereas Robert B. Helfrich election official and Circuit Court Judge files his order recusal presiding over Hattiesburg mayor municipal primary election case because of **Jurisdiction.** Charles Lawrence City attorney appointed by the Mayor recusal represented Mayor Dupree because of **Jurisdiction.** incumbent Mayor Dupree and Councils approved to hired **attorney Precious Martin Law firm** to represent their interest.

## Sanction $5000,00 Fine Plus Court Cost Fees

5. The Plaintiff Harold J. Blakely objection Sanction fines because Judge Starrett abuse judicial power has knowledge that Blakely's pro se indigent files motion in forma pauperis granted by United States Magistrate Judge Michael T. Parker. Judge Starrett former Circuit Court Judge McComb in 1995 appointed by State Supreme court chief Justice to presiding over Claiborne County Board of supervisors Albert Butler, incumbent vs. Evan Doss, Jr. Democratic executive committee primary election contest case. Judge Starrett Lawyer knowledge of state election **Jurisdiction** and **Conflict of Interest** Laws. See Exhibit (b) Moore, Atty Gen opinion Judge Starrett

6. Judge Starrett know because of Jurisdiction Laurel Mayor and Councilman appointed attorney Deidra J. Bassi firm law partners prohibit represent political party Municipal Republican Executive Committee or Municipal Democratic Executive Committee and prohibit represent Municipality or County Elected Officials in election contest case which reside in same Jurisdiction.

7. On April 30, 2013 Judge Starrett dismissed Plaintiff Blakely candidate for ward 5 Councilman Laurel municipal primary election contest case court ruling Blakely felony convicted, et al. Judge Starrett and Defendants attorney Deidra J. Bassi knowing that Plaintiff Blakely files two civil rights lawsuit against City of Laurel Police officers, et al. In the United States District Court prior to Judge Starrett order dismissed election case favor Defendants and regular City attorney Deidra J. Bassi.

8. Judge Starrett and attorney Bassi has been notify by Blakely attorney Steve Thornton and Vick Smith, attorney represent the City of Laurel Police Officers, et al. Plaintiff Blakely and Defendants agreed to settle the United States District Court

civil rights violation civil cases No.2: 11 cv 148-KS-MTP and No.2:12 cv 00154-KS-MTP styled Harold J. Blakely vs. City of Laurel Police Department et al. the parties attorneys agree to settle out of court in the amount of $10,000.00 Dollars plus all criminal offense charges **expunged** by parties attorneys June 4, 2013.

9. Judge Starrett arise with dollar amount of $5000,00 to secure court Sanction Orders and Judgment (plus court and process fees) relating to the $ 10,000.00 settlement. Blakely received settlement amount of $5,500.00. Judge Starrett take possession and divide Plaintiff settlement $ 5,500.00 awarded to the court and Deidra Bassi, City Attorney represent Laurel Democratic executive committee.

   The court sanction award $ 5000,00 arise from lawsuits files against Defendants City of Laurel Police Officers, et al. **conflict of interest.**

   Harold J. Blakely attorney Steve C. Thornton receive his retained contract contingent fee Forty-five percent amount of $4,500.00 deducted out of City of Laurel settlement cases $10,000.00 (Ten Thousand Dollars).

10. Plaintiff Harold J. Blakely objection the Court Sanction orders and Defendants regularly City attorney Deidra J. Bassi **Motion To Enforce Court Order.**

11. Plaintiff Blakely attorney Steve C. Thornton and Defendants attorneys Vick K. Smith agree to expunged Harold J. Blakely State criminal charges in the federal district court settlement cases with M. Wayne Thompson, Prosecuted attorney Jones County Court.

    WHERFORE, PREMISES CONSIDERED, Harold J. Blakely, Plaintiff Pro se Litigant files his **MOTION TO OBJECTION ENFOCE COURT SANCTION ORDER.** Defendants Laurel Democratic Executive Committee, City of Laurel Clerks and City of Laurel regularly appointed attorney Deidra J. Bassi has violated

state election Laws. accordance to municipal code statutes 21-15-25, 21-15-27 and Conflict of Interest statutes 21-8-1 the City of Laurel operated under the Mayor and Councils form of governing authorities. Mayor and Council regular appointed attorney do not have the authority or Jurisdiction to legally represent City officials municipal primary election contest cases. Plaintiff pray this Court shall reversed sanction order and judgment of $5000.00 therefore, sanction Defendants, City attorneys Deidra J. Bassi law firm partners, Hortman Harlow Bassi Robinson & McDaniel, PLLC. and their employer City of Laurel Mayor and Councils.

Respectfully submitted this 26TH, day of August 2014.

Harold J. Blakely
Plaintiff pro se
259 South 4th avenue
Laurel, Ms 39440
601-342-9979