IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**HAROLD J. BLAKELY**                                                                       **PLAINTIFF**

**VS.**                                                                    **NO. 2:13cv72-KS-MTP**

**JACQUELINE "CHIP" EVANS, JACQUELINE
DARBY, BELINDA LASSITER, BARBARA
BRUMFIELD-PRUITT, and CHARLOTTE
GIBBS-WILLIAMS**                                                            **DEFENDANTS**

---

**DEFENDANTS' REPLY TO PLAINTIFF'S MOTION TO
OBJECTION TO ENFORCE COURT SANCTION ORDER**

---

**COMES NOW**, Defendants, by and through their attorney of record, and files this their *Reply to Plaintiff's Motion to Objection to Enforce Court Sanction Order* and would show unto the Court the following to-wit:

(1) On August 14, 2014, Defendants filed their *Motion to Enforce Court Order*.

(2) Thereafter, the Court entered its *Order* requiring Plaintiff to respond on or before September 2, 2014. On August 29, 2014, Plaintiff filed the above-referenced *Motion to Objection to Enforce Court Sanction Order*. This is Defendants' *Reply* thereto.

(3) The Plaintiff's Motion on file is a very good example of why the Plaintiff was sanctioned in the underlying litigation. His Motion herein is also frivolous and accordingly a waste of time for the litigants and the Court. Further, the contents of the Motion are practically indecipherable by the Defendants' counsel.

(4) However, in an effort to address the pleading, Defendants would point out that while Plaintiff requests the Court to reverse the $5,000.00 sanction imposed by the Court on him due to the frivolous nature of his claim, Plaintiff also requests that the Court sanction the Defendants, and

Defendants' legal counsel. Again, this is another example of Plaintiff's refusal to resist the temptation to file frivolous court pleadings.

(5) In addition, there are no legitimate arguments made by Plaintiff that would justify a reversal of the Court's *Order* sanctioning Plaintiff.

(6) Interestingly, in his Motion Plaintiff informed the Court that he recently settled a lawsuit for $10,000.00 and received $5,500.00 as his personal portion thereof. Accordingly, Plaintiff has recently received funds sufficient to satisfy said sanction and should be required to do so.

**WHEREFORE, PREMISES CONSIDERED**, Defendants pray that this Honorable Court will issue an *Order* granting their Motion to Enforce the Court's Order and would cause Plaintiff to pay the fines due and owing per the previous District Court Order dated April 30, 2013, to the Defendants. Defendants further pray for any other relief that may be deemed as reasonable and necessary.

Respectfully submitted on this the 8th day of September, 2014.

        **JACQUELINE "CHIP" EVANS, JACQUELINE DARBY, BELINDA LASSITER, BARBARA BRUMFIELD-PRUITT, and CHARLOTTE GIBBS-WILLIAMS, Defendants**

        By: /s/ Deidra J. Bassi
        **Of Counsel**

**Deidra J. Bassi, Esq., MSB No. 9384**
**HORTMAN HARLOW BASSI ROBINSON**
  **& McDANIEL, PLLC**
Post Office Drawer 1409
Laurel, MS 39441-1409
Tele: (601) 649-8611
Fax: (601) 649-6062
Email: dbassi@hortmanharlow.com
    **[Attorneys for Defendants]**

* * * * * * * *
## CERTIFICATE OF SERVICE

      I, Deidra J. Bassi, of counsel for Defendants, do hereby certify that I have this date given notice of the above and foregoing document, via the Court's electronic filing system to all parties of record and via U.S. Mail, first class, postage prepaid, a true and correct copy to:

    Harold J. Blakely, *Pro Se*
    259 South 4th Street
    Laurel, MS 39440

THIS, the 8th day of September, 2014.

                                                /s/ Deidra J. Bassi
                                                **Deidra J. Bassi**

Case 2:13-cv-00072-HSO-JCG   Document 48   Filed 09/08/14   Page 3 of 3